UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24CR22 RWS/SPM |
| LORENZO GORDON, | ) ) ) |
| Defendant. | ) |

## ORDER

All pretrial matters in the above-referenced case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). On January 30, 2024, this matter came before the undersigned for a status hearing to address a potential conflict of interest with Defendant's retained counsel Beau B. Brindley and Michael James Thompson. Assistant United States Attorney Diane Klocke appeared on behalf of the Government. Neither Defendant nor any of his three retained defense attorneys appeared. At the hearing AUSA Klocke advised the Court that if Mr. Brindley intended to remain in the case as counsel of record, the United States believes there is a conflict that would, at a minimum, require the Court to conduct an inquiry pursuant to Fed. R Crim. P. 44.

The undersigned issued an order following the hearing. (ECF No. 19.) The Order directed Messrs. Brindley and Thompson to file with the Court by no later than February 6, 2024, either (a) a motion for withdrawal of Attorneys Beau Brindley and Michael James Thompson as retained counsel or (b) a memorandum to the Court notifying the Court of Defendant's intention to continue with Attorneys Brindley and Thompson as retained counsel of record. To date, the Court has received *no* motion or memorandum. Accordingly, the Court will set the matter for an inquiry pursuant to Fed. R. Crim. P. 44.

Accordingly,

**IT IS HEREBY ORDERED** that a Fed. R. Crim. P. 44 Inquiry Hearing is set for <u>**Wednesday, February 21, 2024, at 2:00 PM**</u> in Courtroom 13S before the undersigned. Defendant, all three of his retained defense attorneys, and counsel for the United States must attend. ***Continued noncompliance by Defendant and his attorneys will result in the imposition of sanctions.***

                                                                          SHIRLEY PADMORE MENSAH  
                                                                          UNITED STATES MAGISTRATE JUDGE

Dated this 15th day of February, 2024.