UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:24-CR-00022-RWS |
| LORENZO GORDON, | ) ) ) |
| Defendant. | ) ) |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Diane Klocke, Special Assistant United States Attorney for said District, and files its sentencing memorandum.

On September 25, 2024, Defendant Lorenzo Gordon pled guilty to one count of a four-count Indictment, charging theft of government property in violation of 18 U.S.C. §641. Based upon a total offense level of 15 and a criminal history category I, Defendant's guideline imprisonment range is 18 to 24 months. DCD 45 ¶75. As part of Defendant's plea agreement, Defendant admitted that he, acting with others, submitted five separate PPP and EIDL funding applications containing false and fraudulent information about Defendant's alleged businesses. DCD 41. When these applications were approved, Defendant fraudulently collected over $272,000. *Id.* The total of all loans, advances, fees, and interest that the Government is requesting Defendant pay in restitution is over $300,000. DCD 51.

As outlined in the plea agreement, the PPP (Paycheck Protection Program) and EIDL (Economic Injury Disaster Loans) programs were made available pursuant to the CARES Act,

1

which was signed into law in conjunction with the officially declared disaster related to the COVID-19 pandemic. DCD 41. The purpose of these programs was to provide financial assistance to business owners that had suffered economic injury due to the pandemic. When Defendant took advantage of these programs for his personal gain despite suffering no such economic injury, he not only harmed the Government; he also harmed those who truly needed those funds.

18 U.S.C. § 3553(a) sets out the factors this Court should consider in fashioning an appropriate sentence. Such factors to be considered include: the nature and circumstances of the offense, the history and characteristics of the defendant, and the need for the sentence imposed to reflect the seriousness of the offense, provide just punishment for the offense, and to afford adequate deterrence to criminal conduct. The Government believes that a sentence of imprisonment of 18 months is sufficient but not greater than necessary to comply with these considerations and the purpose of sentencing, pursuant to 18 U.S.C. §3553(a).

WHEREFORE, the United States of America prays that this Honorable Court sentence Defendant Lorenzo Gordon to a term of 18 months imprisonment and a term of supervised release.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

  *s/ Diane E.H. Klocke*
DIANE E.H. KLOCKE, #61670(MO)
Special Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63l02
(314) 539-2200
Diane.Klocke@usdoj.gov

2

## CERTIFICATE OF SERVICE

 I hereby certify that on January 22, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by email upon all counsel of record.

             <u>s/ Diane E.H. Klocke</u>
             DIANE E.H. KLOCKE, #61670(MO)
             Special Assistant United States Attorney